# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| LOUIS MONTELEONE and EQUUS PROPERTIES, | |
|---|---|
| Plaintiff, | 2:19-cv-00887-GMN-VCF |
| vs. | **ORDER** |
| SCHLOMO SCHMUEL, | |
| Defendant. | |

Before the court is *Louis Monteleone and Equus Properties v. Schlomo Schmuel*, case number 2:19-cv-00887-GMN-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, February 26, 2020, in Courtroom 3D.

DATED this 5th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE