MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER, ESQ.
Nevada Bar No. 013281
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
mwhittaker@klnevada.com

Attorneys for Defendant
**SCHLOMO SCHMUEL**


MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER, ESQ.
Nevada Bar No. 013281
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
mwhittaker@klnevada.com

Attorneys for Defendant
**SCHLOMO SCHMUEL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS MONTELEONE & EQUUS PROPERTIES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SCHLOMO SCHMUEL,<br><br>Defendant. | CASE NO. 2:19-cv-00887-GMN-VCF<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXPUNGE LIS PENDENS** |

On January 9, 2020, Defendant SCHLOMO SCHMUEL ("Schmuel") filed a Motion to to Expunge Lis Pendens (ECF No. [17]). Plaintiff failed to file any opposition or response to the Motion to Expunge Lis Pendens. On January 28, 2020, Defendant filed a Notice of Non-Opposition to Schmuel's Motion.

The Court, having considered the Motion and all other papers and pleadings on file herein, with no oppositions having been filed by any other party to this action, and good cause appearing therefore, the Court grants Defendant's motion and hereby finds the following:

///

The COURT FINDS that the Defendant's Motion adequately sets for grounds for expunging the lis pendens.

The COURT FINDS that failure to file an opposition may be construed as an admission the motion is meritorious and consent to granting the same.

ACCORDINGLY, IT IS HEREBY ORDERED that Defendant's Motion to Expunge Lis Pendens is hereby GRANTED.

IT IS HEREBY FURTHER ORDERED that the Notice of Lis Pendens recorded in the Clark County Recorder's Office on December 30, 2019, as Instrument Number 20191230-0001539 is hereby cancelled and expunged.

IT IS SO ORDERED.

DATED this ___18___ day of March, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

SUBMITTED BY:

**KOLESAR & LEATHAM**

By_____
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER, ESQ.
Nevada Bar No. 013281
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
**SCHLOMO SCHMUEL**

---

*Louis Monteleone, et al. v. Schlomo Schmuel*/Case No. 2:19-cv-00887-GMN-VCF
Order Granting Defendant's Motion to Expunge Lis Pendens